# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BONIFACIO ARZATE (1),<br><br>                 Defendant. | Case No. 18-CR-4024-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMANTION WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss the Information without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Bonifacio Arzate.

**IT IS SO ORDERED.**

Dated: February 11, 2019

Cynthia Bashant
United States District Judge